# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

139746

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GIBRAN GOTCHER,
        Defendant-Appellant.

SC: 139746
COA: 290738
Wayne CC: 06-011501-FC

_____/

        On order of the Court, the application for leave to appeal the August 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010
_____
                    Clerk

p0719